UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:05CR9-V |
|---|---|---|
| vs. | ) | ORDER |
| (28) BRADFORD DARNELL DOBBINS a/k/a "Big Brad" | ) | |

THIS MATTER is before the Court on the Government's "Notice of Appeal and Motion for Revocation and Stay of Magistrate Judge's Release Order," filed June 16, 2005. On June 16, 2005, the defendant was brought before Magistrate Judge Carl Horn for a bond review hearing. At the conclusion of that hearing, the Magistrate Judge ordered the defendant released.

Pursuant to 18 U.S.C. §3145(a)(1), this Court will stay the Magistrate Judge's release order pending a ruling by this Court on the Government's motion to revoke the release order.

IT IS, THEREFORE, ORDERED that the Government's motion to stay is hereby GRANTED, and the defendant shall be DETAINED until further order of this Court. The Court will notify the parties at a later date if a hearing in this matter is necessary.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service, Defense Counsel and the United States Attorney's Office.

THIS the 16th day of June, 2005.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE