IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:05cr9-28-V

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| BRADFORD D. DOBBINS | ) | |

**THIS MATTER** is before the Court upon Defendant's Amended Motion To Continue the sentencing hearing scheduled for the 17 April 2006 sentencing term in the Statesville Division. For the reasons stated in Defendant's motion, the Court finds that good cause has been shown to continue this matter.

**IT IS, THEREFORE, ORDERED** that Defendant's motion for a continuance is **GRANTED**. The hearing is hereby continued from the 17 April 2006 sentencing term in the Statesville Division to the next available sentencing term in the Statesville Division.

Signed: April 11, 2006

Richard L. Voorhees
Chief United States District Judge